**Fill in this information to identify the case:**

Debtor 1  _____

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
                                                                        (State)

Case number  _____

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____    **Court claim no.** (if known): _____

**Last 4 digits** of any number you use to
identify the debtor's account:           ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

❑  No

❑  Yes.  Date of the last notice: ____/____/_____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses.  Specify:_____ | _____ | (10) | $ _____ |
| 11. Other.  Specify:_____ | _____ | (11) | $ _____ |
| 12. Other.  Specify:_____ | _____ | (12) | $ _____ |
| 13. Other.  Specify:_____ | _____ | (13) | $ _____ |
| 14. Other.  Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 _____    Case number (*if known*) _____
        First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _____    Date ____/____/_____
    Signature

Print:   _____    Title _____
       First Name    Middle Name    Last Name

Company  _____

Address   _____
       Number    Street
       _____
       City    State    ZIP Code

Contact phone  (_____) _____– _____    Email _____

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| **In Re:** | : |
| | : Chapter 13 |
| **Frank Richard Toth, Jr.** | : Case No. 19-14998-JKF |
| **Regina M. Toth** | : |
| **Debtors,** | : |
| ----------------------------------------------- | : |
| U.S. Bank Trust National Association, | : |
| as Trustee of the Lodge Series III Trust | : |
| Movant, | : |
| v. | : |
| Frank Richard Toth, Jr. | : |
| Regina M. Toth | : |
| Debtors, | : |
| and | : |
| Scott F. Waterman, Esquire | : |
| Trustee, | : |
| Respondents. | : |

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on March 15, 2020, I served copies of the **Notice of Post-Petition Mortgage Fees, Expenses, and Charges** upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

ROBERT H. HOLBER, ESQ.
Attorney Robert H Holber PC
41 East Front Street
Media, PA 19063
***DEBTORS' ATTORNEY- SERVED ELECTRONICALLY***

Frank Richard Toth, Jr.
509 Rodgers Avenue
Upper Chichester, PA 19014
***DEBTOR – SERVED VIA FIRST CLASS MAIL***

Regina M. Toth
509 Rodgers Avenue
Upper Chichester, PA 19014
***DEBTOR – SERVED VIA FIRST CLASS MAIL***

SCOTT F. WATERMAN, ESQ.
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
**CHAPTER 13 TRUSTEE** - *-SERVED ELECTRONICALLY*

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
***U.S. Trustee-SERVED ELECTRONICALLY***

Dated: March 15, 2020

By: /s/ Brian E. Caine
**BRIAN E. CAINE, ESQ.**
ATTORNEY FOR MOVANT
PA ID# 86057
Parker, McCay P.A.
9000 Midlantic Drive, Ste 300
P.O. Box 5054
Mt. Laurel, NJ 08054
(856) 985-4059
bcaine@parkermccay.com